**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**

**Docket No. 5:26-CR-31-1D**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **DONOVAN BROWN** | ) | |
| **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for June 22, 2026, in Raleigh. The case is hereby CONTINUED to ___July 2026___ in Raleigh, North Carolina.

This ___12___ day of ___May___ 2026.

_____
James C. Dever III
U.S. District Judge