IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-31-D

UNITED STATES OF AMERICA     )
                             )
        v.             )
                             )        **ORDER**
DONOVAN BROWN,              )
    Defendant.            )

This matter is before the Court on the Defendant's motion to seal Docket Entry 22. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the **29** day of June, 2026.

                                JAMES C. DEVER III
                          United States District Judge