PS-8
8/88

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF NORTH CAROLINA**

**U.S.A. vs. Donovan Brown** **Docket No. 5:26-CR-31-1D**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Donovan Brown, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 24th day of March, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 25, 2026, the defendant was charged with Driving While Impaired, in Wake County, North Carolina (26CR049003). This case remains pending. The defendant failed to notify his supervising officer of the charge. When confronted, the defendant was forthcoming regarding the incident and his use of alcohol. The undersigned probation officer investigated the matter and reviewed law enforcement records, which documented the defendant's admission to consuming alcohol. The defendant was verbally reprimanded for his conduct and reminded of the expectations of compliance moving forward. Additionally, the defendant has been referred for a substance abuse assessment and counseling. As a sanction for the violation conduct, it is recommended that the defendant's conditions of release be modified to include participation in Remote Alcohol Monitoring to promote accountability and ensure continued compliance with alcohol restrictions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision; his attorney is in agreement. The U.S. Attorney's Office has been contacted, and they have no objection to this modification.

**PRAYING THAT THE COURT WILL ORDER**

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 45 consecutive days.

Reviewed and approved,

/s/ Jonathan Holmes
Jonathan Holmes
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: October 21, 2026

## ORDER OF THE COURT

Considered and ordered the 26 day of October, 2026, and ordered filed and made part of the records in the above case.

J. Dever
James C. Dever, III
U.S. District Judge